MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
 Social Security Administration
 Office of the General Counsel
 160 Spear St Ste 800
 San Francisco, CA 94105
 Telephone: (415) 977-8967
 Facsimile: (415) 744-0134
 E-mail: beatrice.na@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOKOLIK,<br><br>   Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:18-cv-01737-EFB<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER OF REMAND, AND ENTRY OF JUDGMENT |

  The parties hereby stipulate, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her vocational factors (age, education, and work experience) and

1

residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Respectfully submitted,

Dated: February 22, 2019
*/s/ Beatrice Na for Shellie Lott*\*
(\*Authorized via email on February 22, 2019)
SHELLIE LOTT

Attorney for Plaintiff


Dated: February 22, 2019
MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Beatrice Na*
Beatrice Na
Special Assistant United States Attorney

Attorneys for Defendant


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 25, 2019

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge