| | |
|---|---|
| 1 | SHELLIE LOTT, SBN: 246202 |
| 2 | Cerney Kreuze & Lott, LLP |
|   | 42 N. Sutter Street, Suite 400 |
| 3 | Stockton, California 95202 |
|   | Telephone: (209) 948-9384 |
| 4 | Facsimile: (209) 948-0706 |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CYNTHIA A. SOKOLIK,

    Plaintiff,

vs.

NANCY A BERRYHILL,
Acting Commissioner of Social Security,

    Defendant

Case No.: 2:18-cv-01737-EFB

**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE-THOUSAND dollars ($5,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: May 20, 2019  */s/ Shellie Lott*
  SHELLIE LOTT
  Attorney for Plaintiff

  McGREGOR W. SCOTT
  United States Attorney
  DEBORAH L. STACHEL
  Regional Chief Counsel, Region IX

Date: May 20, 2019  */s/ Beatrice Na*
  (As authorized via email on 5/17/19)
  BEATRICE NA
  Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CYNTHIA A. SOKOLIK,

    Plaintiff,

vs.

NANCY A BERRYHILL,
Acting Commissioner of Social Security,

    Defendant

Case No.: 2:18-cv-01737-EFB

**ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of FIVE-THOUSAND dollars ($5,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: May 20, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

2:18-cv-01737-EFB      Page 3